UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AUDREY SWANN,

        Petitioner,

v.                                    Case No. 13-5100

OFFICE OF THE ARCHITECT OF THE CAPITOL,

        Respondent.

### ENTRY OF APPEARANCE OF COUNSEL FOR THE PETITIONER

The Court will please enter the appearance of Jeffrey H. Leib as counsel for the Petitioner, Audrey Swann, in the above captioned matter.

                                                Respectfully submitted,

                                                Jeffrey H. Leib, Bar #89649
                                                Attorney At Law
                                                5104 34th Street, N.W.
                                                Washington, D.C. 20008
                                                (202) - 362 - 0682
                                                (202) - 244 - 1120

May 8, 2013

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2013, a copy of the foregoing Entry of Appearance of Counsel for the Petitioner was served on Defendant via ECF.

                                                Jeffrey H. Leib